FILED: July 14, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 19-4960
(5:18-cr-00060-FL-1)

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

v.

BRUCE NICHOLAS PARRISH, a/k/a Nicky,

        Defendant - Appellant.

O R D E R

      Bruce Nicholas Parrish seeks to appeal his 169-month sentence imposed upon his guilty plea. The Government has moved to dismiss the appeal as barred by Parrish's waiver of the right to appeal included in the plea agreement. Upon review of the plea agreement and the transcript of the Fed. R. Crim. P. 11 hearing, we conclude that Parrish knowingly and voluntarily waived his right to appeal and that the issues Parrish seeks to raise on appeal fall squarely within the scope of his waiver of appellate rights. Accordingly, we grant the Government's motion to dismiss.

Entered at the direction of the panel: Judge Motz, Judge Agee, and Judge Harris.

For the Court

<u>/s/ Patricia S. Connor, Clerk</u>